# PD-1456-15

PD-1456-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 12:00:00 AM
Accepted 11/9/2015 4:54:10 PM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

━━━━━━━◆━━━━━━━

### No.  01-14-00575-CR.

FILED IN
COURT OF CRIMINAL APPEALS

November 9, 2015

ABEL ACOSTA, CLERK

In the
Court of Appeals
for the
First District of Texas
at Houston

━━━━━━━◆━━━━━━━

### No. 1909929

In the County Court at Law No. 13
Harris County, Texas

━━━━━━━◆━━━━━━━

## VIBHA HARISH PATEL
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

━━━━━━━◆━━━━━━━

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE
## PETITION FOR DISCRETIONARY REVIEW

━━━━━━━◆━━━━━━━

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review.   In support of its motion, appellant submits the following:

1. Appellant was charged with the misdemeanor offense of driving while intoxicated.

2. A jury convicted appellant of the charged offense and the court sentenced her to five days confinement in the Harris County Jail on May 22, 2014.

3. A unanimous panel of the First Court of Appeals rendered judgment in an unpublished opinion on September 29, 2015, affirming appellant's conviction and sentence.

5. Appellant's petition for discretionary review was due October 30, 2015.

6. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until November 30, 2015, to file its petition for discretionary review. This is appellant's first request for an extension.

7. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until November 30, 2015.

Respectfully submitted,

**/s/ Mandy Miller**
MANDY MILLER
Attorney for Vibha Harish Patel
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on the 6th day of November, 2015, a copy of the foregoing was delivered to the following persons through electronic mail:

Daniel McCrory
Harris County District Attorney's Office
mccrory_daniel@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

/s/ **Mandy Miller**
MANDY MILLER